

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00189-CV

**IN THE INTEREST OF L.S.P**, et al., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0749-CV
Honorable Brenda Chapman, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  July 13, 2011

DISMISSED

On May 26, 2011, we issued a show cause order instructing appellant to respond by either paying the filing fee of $175.00 to the clerk of this court, or providing written proof that appellant is entitled to appeal without paying the filing fee, on or before June 9, 2011. *See* TEX. R. APP. P. 5. Appellant has failed to respond to the court's order. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant.

PER CURIAM